SAM WALLINS, Respondent, v. MARY A. BUTLER, Also Known as MARY A.

KENNEY, Appellant.— Motion for stay granted on condition that the appeal be perfected and brought on for argument at the February term. Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.